```
                                                              FILED
1  IVOR SAMSON (State Bar No. 52767)
   SARAH RATCLIFFE (State Bar No. 222261)                 2007 MAY 15  AM 8:51
2  SONNENSCHEIN NATH & ROSENTHAL LLP
   525 Market Street, 26th Floor                        CLERK US DISTRICT COURT
3  San Francisco, CA 94105-2708                       SOUTHERN DISTRICT OF CALIFORNIA
   Telephone: (415) 882-5000
4  Facsimile: (415) 882-0300                          BY_____ℒ𝒫_____DEPUTY

5  Attorneys for Defendant
   Rapid-American Corporation
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNINGTON, ET AL, <br><br> Plaintiffs, <br><br> vs. <br><br> A.P. GREEN, ET AL, <br><br> Defendants. | No. 99-CV-00218-BTM-LSP <br><br><br> SUBSTITUTION OF ATTORNEY |

PLEASE TAKE NOTICE Defendant RAPID-AMERICAN CORPORATION substitutes as its counsel the firm of Sonnenschein Nath & Rosenthal LLP for Thelen Reid Brown Raysman & Steiner LLP.

I consent to this substitution.

Dated: March 26, 2007                RAPID-AMERICAN CORPORATION

                                     By: /s/ Paul Weiner
                                         PAUL WEINER

-1-
Substitution of Attorney

1  I consent to this substitution.

2  Dated: March 23, 2007                THELEN REID BROWN
                                        RAYSMAN & LLP.
3
4                                       By: /s/ Carolyn Collins
5                                           CAROLYN COLLINS

6
7  I consent to this substitution.

8  Dated: March 31, 2007                SONNENSCHEIN NATH
                                        & ROSENTHAL LLP
9
10                                      By: /s/
                                            IVOR SAMSON
11                                          SARAH RATCLIFFE

12
13  SUBSTITUTION OF ATTORNEY IS HEREBY

14  ✓ Approved
15
16  ___ Denied

17  DATED: 5-14-07
18
19                                      /s/ Barry Ted Moskowitz
20                                      UNITED STATES DISTRICT COURT JUDGE

21
22
23
24
25
26
27
28